IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RICHARD L. WHITE,**

Petitioner-Appellee,

v.                                                                          **NO. 28,273**

**TERRI WHITE,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Angela J. Jewell, District Judge**

Joyce M. Gentry
Albuquerque, NM

for Appellee

Terri White
Rio Rancho, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

 

                    _____

                    **CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**MICHAEL E. VIGIL, Judge**